UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST CHRISTOPHER TAYLOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. BAUGHTMAN,<br><br>　　　　Respondent. | Case No. 5:16-CV-02470-DMG-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE